IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PAUL R. PAYTON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend filing deadline (filing 17) is granted. The deadline for paragraph (6) in the order on sentencing schedule (filing 9) is extended from April 10, 2008 to May 1, 2008.

April 10, 2008.          BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge